UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                           )<br>                           Plaintiff,       )<br>                                                           )<br>         v.                                              )<br>                                                           )<br>CHERIE DAWN ROBINSON,            )<br>                                                           )<br>                           Defendant.     ) | Case No. MJ10-284<br><br>**DETENTION ORDER** |

Offense charged:

   Felon in Possession of a Firearm.

Date of Detention Hearing: July 1, 2010.

   The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

   FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

   Defendant has numerous prior criminal convictions, numerous failures to appear for court hearings, and numerous violations of conditions of state supervision.  She has an unstable living

DETENTION ORDER - 1

situation and drug problems. The defense raised defendant's need for drug and medical treatment. The Court was not presented with treatment alternatives and is open to considering new information regarding treatment and any new information regarding defendant's living circumstances.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of July, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2