UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR10-204-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) SUMMARY REPORT OF U.S. |
| | ) MAGISTRATE JUDGE AS TO |
| CHERIE DAWN ROBINSON, | ) ALLEGED VIOLATIONS |
| | ) OF SUPERVISED RELEASE |
| Defendant. | ) |
| | ) |

An initial hearing on supervised release revocation in this case was scheduled before me on September 26, 2011. The United States was represented by AUSA Andrew Colasurdo and the defendant by Stephan Illa. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 11, 2011 by the Honorable Robert S. Lasnik on a charge of Felon in Possession of a Firearm, and sentenced to 15 months custody, three years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug dependency program, abstain from alcohol, submit to search, participate in mental health treatment and provide access to financial

information upon the request of her probation officer. (Dkt. 27.)

In an application dated (Dkt. 28, 29), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Using opiates and amphetamines on or before August 31, 2011, in violation of standard condition No. 7.

2. Using opiates and amphetamines on or before September 15, 2011, in violation of standard condition No. 7.

3. Failing to report for testing on or about September 20, 2011, in violation of the special condition that requires the defendant to report for urinalysis testing as directed.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 26th day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Andrew Colasurdo
Defendant's attorney: Stephan Illa
Probation officer: Angela M. McGlynn