UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>  v.  )  <br>  )  <br> CHERIE DAWN ROBINSON,  )  <br>  )  <br>  Defendant.  )  <br> _____ ) | CASE NO. CR10-204-RSL <br><br> SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

A hearing on supervised release revocation in this case was scheduled before me on October 5, 2012. The United States was represented by AUSA Andrew Friedman for Andrew Colasurdo and the defendant by Stephan Illa. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 11, 2011 by the Honorable Robert S. Lasnik on a charge of Felon in Possession of a Firearm, and sentenced to 15 months custody, 3 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant abstain from alcohol, participate in substance abuse treatment and testing, submit to search, participate in a mental health program, and provide financial

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

information to her probation officer as requested.  (Dkt. 27.)

On September 26, 2011, defendant admitted violating the conditions of supervised release by using opiates and amphetamines on two occasions, and failing to report for drug testing.  (Dkt. 33.)   She was sentenced to 30 days, with credit for time served. (Dkt. 38.)

On February 16, 2012, defendant admitted violating the conditions of supervision by using illegal drugs and failing to report for drug testing.  She was sentenced to 6 months in custody. (Dkt. 47.)   The conditions of supervision were modified to require successful participation in and completion of a residential reentry center program for up to 180 days. (Dkt. 48.)

In an application dated (Dkt. 49. 50), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Using Percocet on or before September 7, 2012, in violation of standard condition No. 7.

2. Consuming alcohol on or before September 7, 2012, in violation of the special condition that prohibits the defendant from consuming alcohol.

3. Failing to provide a urine sample as directed on or about September 7, 2012, in violation of the special condition that requires the defendant participate in testing to determine if the defendant has reverted to the use of illegal drugs or alcohol.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as

alleged in violations 1-3, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained, pending release on October 9, 2012 to self-report for in-patient drug treatment at Seamar Community Health Center in Seattle.

DATED this <u>5th</u> day of October , 2012.

                                                        Mary Alice Theiler
United States Magistrate Judge

cc:      District Judge:         Honorable Robert S. Lasnik
         AUSA:                   Andrew Friedman, Andrew Colasurdo
         Defendant's attorney:  Stephan Illa
         Probation officer:     Angela M. McGlynn